UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LADEAN LAVICE FOSTER,**

      **Plaintiff,**

v.                                                  **Case No:  6:15-cv-819-Orl-41TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

      /

### ORDER

THIS CAUSE is before the Court on the Motion for Entry of Judgment with Remand (Doc. 12). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation (Doc. 15), which recommends that the motion be granted and that this Court reverse and remand this case to the Commissioner of Social Security (the "Commissioner"), pursuant to 42 U.S.C. § 405(g).

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Entry of Judgment with Remand (Doc. 12) is **GRANTED**.

3. The prior decision of the Commissioner is **REVERSED**, and this case is **REMANDED** to the Commissioner for "further evaluat[ion] [of] Plaintiff's

    residual functional capacity and if necessary, obtain[ing] evidence from a vocational expert." (Mot. Entry J. with Remand at 1).

4. The Clerk is directed to enter judgment accordingly and, thereafter, to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 6, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record